CHARLES R. CHESNUTT, P.C.
2608 Hibernia Street, Office 107
Dallas TX 75204

COUNSEL FOR LUCKY INVESTMENTS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LUCKY INVESTMENTS, INC. | CASE NO. 4-23-CV-00561-P |
| Versus | APPEAL |
| ASIM A. RAHIN | |

NOTICE OF APPEAL

Now comes Lucky Investments, Inc., a creditor in the above captioned matter, and would show the Court the following that the council for Lucky Investments, Inc. appeals the following order:

Parties

Appellant:

Charles R. Chesnutt
9716 Edgepine Drive
Dallas TX 75238
(214) 584-0745

Appellee:

Mark B. French
Law Office of Mark B. French
1901 Central Drive Suite 704
Bedford, TX 76021
(817) 381-9855

1

Judgment

       Final Judgment  Doc 44  6/13/24

Court

       To the Fifth Circuit Court of Appeals

Pro se

       This is not a pro se appeal

Class Action

       This is not a class action appeal

Encompassing Appeal

       This is not an encompassing appeal

Notice of Appeal

       This is an appeal of a final order in accordance with Rule 4(a)(4)(A)

Limitations

       This appeal is not limited


Respectfully submitted by,

s/  Charles R. Chesnutt

CHARLES R. CHESNUTT, P.C.
2608 Hibernia Street, Office 107
Dallas TX 75204    Texas Bar 04186800

972.248.7000
972.559.1872 (fax)
crc@chapter7-11.com

COUNSEL FOR SALEEM TAREEN, CREDITOR

2

**Certificate of Service**

The undersigned hereby certifies that on Thursday, July 11, 2024 he caused a copy of the above and foregoing to be served on all those requesting service and on

Mark B. French
Law Office of Mark B. French
1901 Central Drive Suite 704
Bedford, TX 76021

marksndecf@markfrenchlaw.com						VIA email and ECF

s/ Charles R. Chesnutt

3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LUCKY INVESTMENTS, INC.,

 Appellant,

v.          No. 4:23-cv-00561-P

ASIM A. RAHIM.,

 Appellee.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Affirming the Decision of the Bankruptcy Court (ECF No. 7), Appellant's points on appeal are **OVERRULED** and the duly rendered determination of the Bankruptcy Court is **AFFIRMED**. Accordingly, this action is **DISMISSED with prejudice.**

 **SO ORDERED** on this **13th day** of **June 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATED DISTRICT JUDGE