# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 17, 2024

Mr. Charles R. Chesnutt Sr.
9716 Edgepine Drive
Dallas, TX 75238

Mr. Clayton L. Everett
Norred Law, P.L.L.C.
515 E. Border Street
Suite 163
Arlington, TX 76010

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

      No. 24-10643   Lucky Investments v. Rahim
                            USDC No. 4:23-CV-561

Dear Counsel,

**Bankruptcy Creditor Disclosure Requirements**
The parties are directed within fourteen (14) days from the date of this notice to submit a Bankruptcy Creditor Disclosure. You are required to disclose the identity of: (1) the debtor; (2) the members of the creditor's committee; (3) any entity that is an active participant in the proceeding before the Fifth Circuit; (4) any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding; and (5) counsel to the parties/entities identified in (1)-(4). Please submit this disclosure electronically using the "Creditor Disclosure Statement" event.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ M Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701